UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAX,

                Plaintiff(s),

    -against-

GS ARGIFUELS,

                Defendant(s).
------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 8346 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, January 23, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       November 30, 201

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2011
```