United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/28/12
```

---

DAVID W. MAX,

                Plaintiffs,   11 Civ. 8346 (JGK)

  - against -   MEMORANDUM OPINION
                              AND ORDER

GS AGRIFUELS CORP., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff is hereby ordered to submit a letter to the Court by August 31, 2012, explaining (1) the current basis for subject matter jurisdiction and (2) why the case should not be dismissed in the absence of any federal claims. See 28 U.S.C. § 1367(c); Motorola Credit Corp. v. Uzan, 388 F.3d 39, 56 (2d Cir. 2004) ("if [all] federal claims are dismissed before trial . . ., the state claims should be dismissed as well") (citation omitted).

SO ORDERED.

Dated:    New York, New York
          August 27, 2012

                                          John G. Koeltl
                                      United States District Judge